United States District Court
Southern District of Texas
**ENTERED**
~~June 16, 2025~~
Nathan Ochsner, Clerk

AO 240A (Rev. 01/09) Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Deborah Swan </br>*Plaintiff* </br> v. </br> Walter Shields, et al. </br> *Defendant* | ) </br> ) Miscellaneous </br> )  ~~Civil~~ Action No. H-25cv1079 </br> ) </br> ) |

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:** The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☐ Granted:

The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☒ Granted Conditionally:

The clerk is ordered to file the complaint. Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. ~~Prisoner plaintiffs are responsible for full payment of the filing fee~~.

☐ Denied:

This application is denied for these reasons:

Date: June 16, 2025

Judge's signature

Lee H. Rosenthal, Senior United States District Judge
*Printed name and title*